# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EDGEMARK LITTLETON, LLC AND CHESWICK SHOPPING CENTER, LLC, | : | No. 185 WAL 2020 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CHESWICK BOROUGH COUNCIL AND CHESWICK BOROUGH ZONING HEARING BOARD, AND SIMONCRE CARP LLC, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.